**UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**UNITED STATES OF AMERICA,
     PLAINTIFF,**

**VS.**                                     **CASE NO.: 21-20401
HON. DAVID LAWSON**

**NIKOLAS BORIS MARIANI,
     DEFENDANT.**

---

**STIPULATION TO ADJOURN SENTENCING HEARING**

The parties herein agree and stipulate to ***adjourn*** the Sentencing Hearing for 30 days at the request of the Defendant. Defendant intends on introducing mitigation evidence that will not be available until the end of October. This delay is due to the Defendant being unavailable to assist in his sentencing mitigation efforts because he was in Macomb County Court and jail being sentenced on his similar state case.

The original Sentencing Hearing is scheduled for 10/6/2022 at 11:30 A.M.. Defendant is requesting a 30-day adjournment. Therefore, the new Sentencing Hearing will be scheduled at a date and time to be determined by the Court.

The Court, therefore, finds that the parties have shown good cause for the stipulated Motion to Adjourn the Sentencing Hearing.

Accordingly, the parties agree and stipulate to adjourn the Defendant's Sentencing Hearing.

Stipulated to:

| | |
|---|---|
| **s/Karen J. Davis Roberts** | **s/Christopher Rawsthorne** |
| P O Box 677 | 211 W. Fort St., #2001 |
| Saline, MI 48176 | Detroit, MI 48226 |
| 734-944-9207 | 313-226-9160 |
| kjdroberts@yahoo.com | Christopher.Rawsthorne@usdoj.gov |
| P43711 | |

**9-23-2022**