4

21-20401

10-25-22

Dear Judge David Lawson,

This is in regards to Nikolas Mariani and the upcoming sentencing. I'm not sure if this will help but I'd like to try.

I met Linda (Nik's mother) around 6-7 yrs. ago. Nikolas was a sweet & funny kid. He would join in on a conversation of various topics & seemed quiet knowledgeable. He always seemed to go out of his way to lend a helping hand. On the second time going to their condo, I got turned around, was totally on the

FILED
NOV 02 2022
CLERK'S OFFICE
DETROIT

wrong street. Nikolas got on his bike and peddled to the entrance of the condo to wait for me and wave me in. His mother did not ask him to do this. He did it out of kindness.

I am aware of his charges & the hurt he has caused to the people who love him. I am also very aware of his victims and the trauma they now have to live with and it heartbreaking.

But I truly believe Nikolas is a good, decent person and has regret &

remorse for his actions.
I know one day Nikolas will be an upstanding citizen and an asset to society. He has so many wonderful qualities!
Please give him a chance to be the man I know he will be!
Thank you for your time.

Sincerely,
Deborah O'Brien

D. O'Brien
33787 Pondview Cir
Livonia, MI 48152

METROPLEX MI 480
27 OCT 2022 PM 15 L

Theodore Levin
United States Courthouse
231 W. Lafayette Blvd.
Detroit, MI 48226
Attn: Judge David

48226-270099