***MOTION TO SEAL***
**UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**UNITED STATES OF AMERICA,
            PLAINTIFF,**

**VS.**                                                              **CASE NO.:  21-20401
                                                                      HON. DAVID LAWSON**

**NIKOLAS BORIS MARIANI,
            DEFENDANT.**

***MOTION TO SEAL***
**MOTION FOR VARIANCE AND SENTENCING MEMORANDUM**

Now, comes Defendant, through counsel and moves this Honorable Court to seal Defendant's Motion For Variance and Sentencing Memorandum and any supporting documents generated, as well as any Orders generated therefrom to be submitted by Defendant to this Court for consideration in the process, as provided for by the Criminal Justice Act at 18 USC 3006 A (e), and the contents thereof as contemplated and provided for by the rules and procedures established by the Court in and for the Eastern District of Michigan.

Defendant is making this request because there is sensitive mental health information contained therein that should not be in the public record.

WHEREFORE, Defendant is requesting that the Defendant's Motion For

Variance and Sentencing Memorandum be sealed as well as any Orders generated therefrom.

                                       s/Karen J. Davis Roberts
                                       P O Box 677
                                       Saline, MI 48176
                                       734-944-92007
                                       kjdroberts@yahoo.com

November 9, 2022                              P43711

## **CERTIFICATE OF SERVICE**

     The undersigned certifies that 11-9-2022, I filed the foregoing document with the Court using the ECF system and it automatically served government counsel.

                                   s/ Karen J. Davis Roberts